

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Index No.: 07-CIV-3962 (CLB) |
| Plaintiffs, | REQUEST FOR ENTRY OF DEFAULT JUDGMENT |
| -against- | |
| MARX GLASS WORKS, INC., | |
| Defendant. | |

------------------------------------------------------------

TO: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant Marx Glass Works, Inc. having failed to appear or answer the summons and complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant Marx Glass Works, Inc. in the sum of $91,937.23, which includes principal, liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated: Elmsford, New York
       July 2, 2007

                                        /s/ Dana L. Henke
                                        Dana L. Henke, Esq. (DLH3025)
                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC
                                        258 Saw Mill River Road
                                        Elmsford, New York 10523
                                        (914) 592-1515

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____