UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )    Index No.: 07-CIV-3962 (CLB)
                                          )
                                          )    DEFAULT JUDGMENT
                                          )
                    Plaintiffs,           )
                                          )
        -against-                         )
                                          )
MARX GLASS WORKS, INC.,                   )
                                          )
                    Defendant.            )

---

This action having been commenced on May 22, 2007 by the filing of the summons and complaint, and a copy of the summons and complaint having been served on the Defendant Marx Glass Works, Inc. on June 4, 2007 via Secretary of State having been filed with the Clerk of the Court on June 12, 2007 and the defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Ninety One Thousand Nine Hundred and Thirty Seven Dollars and Twenty Three Cents ($91,937.23), which includes the following: Benefit Fund Contributions due and owing in the sum of $69,106.95 for the period January 1, 2004 through to and including March 31, 2006; liquidated damages calculated at 10% of the principal amount owed to the ERISA Benefit Funds in the sum of $6,910.70; interest at the rate 7% per annum through to December 21, 2006 in the sum $11,439.58; auditors' fees in the sum of $2,050.00 and attorneys' fees in the sum of $2,000.00; plus court costs and disbursements of this action in

the sum of $430.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
July 12, 2007

So Ordered:

_____
Honorable Charles L. Brieant, U.S.D.J.